**No. 53711.**—C. H. Powell Company et al. *v.* United States, protests 17124–K, etc. (Boston).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53712.**—T. C. Carlin Company et al. *v.* United States, protests 36697–K, etc. (Boston).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.